In the Matter of 500 FIFTH AVENUE, INC., Petitioner, v. STATE TAX COMMISSION, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.